**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Rosciano,<br><br>                   Plaintiff,<br><br>v.<br><br>Experian, et al.,<br><br>                   Defendants. | No. CV-14-02102-PHX-NVW<br><br>**ORDER** |

Before the court are Plaintiff's Motion to Vacate Order of Dismissal, etc. (Doc. 52), the Response (Doc. 53), and the Reply (Doc. 54). In the court's discretion, late commencement of the arbitration will be allowed. The court also concludes, upon reconsideration of its April 1, 2015 order (Doc. 50), that Plaintiff's failure to comply with the prior orders compelling arbitration (Doc. 37, 49) does not warrant dismissal with prejudice. Those orders require arbitration only of Plaintiff's claims against Defendant T-Mobile USA, Inc.; they do not subject to arbitration any other party against whom this case has already been dismissed.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Vacate Order of Dismissal, etc., (Doc. 52) is granted.

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED that the order of April 1, 2015 (Doc. 50), is vacated.

Dated: May 1, 2015.

                                              Neil V. Wake
                                      United States District Judge

- 2 -